costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Susan D. Brightson, Appellant, v. John Claflin, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Exchange Buffet Corporation, Appellant, v. Cafeteria Buffet Lunch Company, Inc., and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Thomas Reilly, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Jennie Herpe, Respondent, v. Isidore Herpe, Impleaded with the German Savings Bank of Brooklyn, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.; Scott, J., dissented.

Waldo D. Putnam, Respondent, v. Interior Metal Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Isidor Frey, Respondent, v. E. Regensburg & Sons, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Champe S. Andrews, Respondent, v. Asa Bird Gardiner, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Bessie Bernstein, Respondent, v. Ferdinand F. Jarrigeon, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Emil Goldstein Kaldor, Appellant, v. Isaac Strauss and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Samuel E. Bolles, Appellant, v. William Scheer, Respondent.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Commissioner of Public Charities of the City of New York, on Complaint of Victoria Plaga, Respondent, v. Joseph G. Waterhouse, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

In the Matter of Gottlieb Wilhelm, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Samuel Pollock, Appellant, v. Central Fish Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Riverdale Realty Company, Appellant, v. The City of New York and Others, Respondents.— Judgment affirmed, with costs. No opinion,